IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | PLAINTIFF |
| § | | |
| v. § | | CAUSE NO. 1:05CV425 |
| § | | |
| JIMMY T. HERRINGTON, ET AL. § | | DEFENDANTS |

## JUDGMENT

This cause came on for hearing before the Court on Plaintiff's Motion for Default Judgment pursuant to FED. R. CIV. P. 55(b) , and the Defendant Jimmy T. Herrington having wholly failed to make an appearance in this case,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's Motion for Default Judgment, pursuant to FED. R. CIV. P. 55(b), should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, the United States of America, recover of Defendant Jimmy T. Herrington, the liquidated sum of $584,640.88, with interest thereon at the rate provided by law.

**SO ORDERED AND ADJUDGED** this the 3th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE